# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 2:16cr23 |
| | ) | |
| FERNANDO COPELAND | ) | |

## MOTION TO SEAL

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Darryl J. Mitchell, Assistant United States Attorney, pursuant to Local Criminal Rule 49(B), moves to seal the parties' Joint Motion to Continue Sentencing in this case. Sealing is necessary to avoid disclosure of sensitive information concerning the defendant. Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, In re Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the Joint Motion to Continue Sentencing remain under seal pending further order of this honorable Court.

    Respectfully submitted,

    DANA J. BOENTE
    UNITED STATES ATTORNEY

By: /s/_____
    Darryl J. Mitchell
    Assistant United States Attorney
    Virginia State Bar No. 37411
    Attorney for the United States
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, Virginia 23510
    Office Number: 757-441-6631
    Facsimile Number: 757-441-6689
    E-Mail Address: darryl.mitchell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Lawrence Hunter Woodward, Jr., Esq.
Shuttleworth Ruloff Swain Haddad & Morecock, P.C.
317 30th Street
Virginia Beach, VA 23451
Phone: (757) 671-6047
Fax: (757) 671-6004
Email: lwoodward@srgslaw.com

    /s/
Darryl J. Mitchell
Assistant United States Attorney
Virginia Bar No. 37411
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - darryl.mitchell@usdoj.gov